**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**WALLY ENRIQUE MENDEZ RIVERA**<br><br>xxx–xx–3656<br><br>Debtor(s) | Case No. **17–01510 MCF**<br><br>Chapter **7**<br><br>FILED & ENTERED ON 8/21/17 |

### ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: for reconsideration an to set aside the Order to disgorge fees ad relieve counsel of debtor's legal representation filed by Attorney Lyzette Morales Vidal, docket #29.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, August 21, 2017 .

Mildred Caban Flores
United States Bankruptcy Judge